## IN THE MATTER OF REED.

(SUPREME COURT DISCIPLINARY NO. 27)

PER CURIAM.

Respondent admits his violation of State Bar Rule 4-102, Standard 3, and has voluntarily submitted his resignation from the State Bar of Georgia. The State Disciplinary Board has recommended its acceptance. The recommendation is approved.

The respondent, Ted Holder Reed, is excluded from membership in the State Bar of Georgia and his name shall be stricken from the rolls of those authorized to practice law in this state.

*All the Justices concur.*

DECIDED OCTOBER 31, 1979.

*H. Steven Abernathy,* for Reed.

*Omer W. Franklin, Jr., General Counsel State Bar, James E. Spence, Jr., Assistant General Counsel State Bar, Robert H. Davis, Jr., Assistant General Counsel State*

*Bar,* for State Bar of Georgia.